UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TENNESSEE**

FILED BY ___ D.C.

05 OCT 28 PM 3: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A.   vs.   Kenneth Gregory         Docket No.   2:00CR20256-001

### Petition on Probation and Supervised Release

**COMES NOW** GERALD HUNT, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Kenneth Gregory, who was placed on supervision by the Honorable Bernice B. Donald sitting in the Court at Memphis, TN., on the 20th day of July, 20 01 who fixed the period of supervision at two (2) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

* On October 11, 2005, Supervised Release began in the Northern District of Oklahoma.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

On October 17, 2005, this officer received correspondence from USPO Randall Drew, N/D of Oklahoma, requesting that a search condition be added to Mr. Gregory's judgement. Mr. Gregory has indicated his acknowledgment of this search condition as evidenced by his signature on the attached waiver.

**PRAYING THAT THE COURT WILL ORDER** the modification of the conditions of Mr. Gregory's Supervised Release to require defendant to submit to a search conducted by the U.S. Probation Officer of your person, vehicle, office and/or business.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 27th day of October, 2005, and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge<br>This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10/31/05 | _____<br>Gerald Hunt<br>U. S. Probation Officer<br><br>Place: Memphis, Tennessee<br>Date: October 26, 2005 |

# United States District Court

## Western District of Tennessee

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall submit to a search conducted by a United States Probation Officer of your person, residence, vehicle, office and/or business at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. You shall not reside at any location without having first advised other residents that the premises may be subject to searches pursuant to this condition, and without having obtained written acknowledgment of an agreement to allow such searches from other residents. This acknowledgment shall be provided to the U. S. Probation Office prior to residency.

Offender: _Kenneth Dregay_

Witness: _Rodell Drew USPO_

Date: _10-14-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 114 in case 2:00-CR-20256 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT